PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 10 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Richard Terry Roberts        Docket No. 1:07-CR-157-CAP

## SUMMONS AND ORDER TO SHOW CAUSE
## WHY PROBATION SHOULD NOT BE REVOKED

COMES NOW Mary S. Waggoner PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Richard Terry Roberts who was placed on supervision for the offense of Filing Fraudulent Disaster Assistance Claims, 18 U.S.C. §§287 and 2, by the Honorable Charles A. Pannell, Jr. sitting in the court at Atlanta, on the 16th day of July, 2007 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

While on probation, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

Pursuant to 42 U.S.C. 14135a(d)(1) and 10 U.S.C. 1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall perform 50 hours of community service under the guidance and supervision of the U.S. Probation Officer.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation of Condition #2 regarding reporting to the probation officer as directed:** Roberts failed to report as directed on December 31, 2008 and June 2, 2009. He was instructed in person to report on both dates but Roberts failed to report as directed.

**Violation of Condition #2 regarding submitting written supervision report forms:** Roberts failed to submit his written monthly supervision report forms for the months of February 2009 and April 2009.

**Violation of Condition #3 regarding follow the instructions of the probation officer:** Roberts has failed to provide this officer a copy of his rental agreement for his current residence as directed on October 28, 2008 or anytime thereafter.

U.S.A. v. Richard Terry Roberts
Docket No.: 1:07-CR-157-CAP
Petition and Order to Show Cause
Page 2

**Violation of Condition #5 regarding obtaining and maintaining employment**: Roberts has failed to submit adequate verification of his job search efforts as directed. Roberts has failed to obtain or maintain employment since the onset of his probation.

**Failure to pay restitution:** Roberts has failed to make payments as ordered in the amount of $233.00 per month for the months of December 2008, January 2009, February 2009, June 2009, July 2009, and August 2009. Roberts only made payments of $33.00 for those months. Roberts made no payments for the months of April 2008, August 2008, March 2009, April 2009, May 2009 and September 2009. He is in arrears in the amount of $2532.00

PRAYING THAT THE COURT WILL ORDER Richard Terry Roberts to appear before the Court on September 28, 2009 at 10:00 a.m., as directed to show cause why Probation should not be revoked.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this _09_ day of _09_, _2009_ | Mary S. Waggoner<br>U. S. Probation Officer |
| and ordered filed and made a part of the records in the above case. | Place: Atlanta, Georgia<br>Date: September 8, 2009 |
| Honorable Charles A. Pannell. Jr.<br>Chief U. S. District Court Judge | Shelley S. Jones<br>Supervising U. S. Probation Officer |